AO 91 (Rev. 11/11)  Criminal Complaint

AUSA Gruber/x4835

# UNITED STATES DISTRICT COURT
### for the
### District of Maryland

✓ FILED     ___ ENTERED
___ LOGGED     ___ RECEIVED

10:47 am, Dec 22 2021
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ Deputy

United States of America )
v. )
) Case No. 1:21-mj-3580 TMD
Jaleel Phillips )
)
)
)

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __June 2020__ in the county of __Prince George's__ in the _____ District of __Maryland__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 1343 | Wire Fraud |

This criminal complaint is based on these facts:

See affidavit.

☑ Continued on the attached sheet.

*Jenchira Vogel*
Complainant's signature

Jenchira Vogel, Special Agent
Printed name and title

Sworn to before me over the telephone and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date: 12/22/2021

Judge's signature

City and state: Baltimore, Maryland   Hon. Thomas M. DiGirolamo, U.S Magistrate Judge
Printed name and title